UNITED STATES BANKRUPTCY COURTS
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
Alma Rosa Robles

CASE NUMBER:  
16-40094-CN 13

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Trustee ID: 0  
Class: ATTORNEY FEE

Creditor Name: Patrick L Forte Atty  
    1624 Franklin St #911  
    Oakland, CA  94612

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $3,800.00

Trustee ID: 2  
Class: UNSECURED (GENERAL)

Creditor Name: At&T  
    C/O Bay Area Credit Service  
    1901 W. 10Th Street  
    Antioch, CA  94509

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 3  
Class: UNSECURED (GENERAL)

Creditor Name: At&T  
    C/O Enhanced Recovery Company  
    Po Box 57547  
    Jacksonville, FL  32241

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 9  
Class: UNSECURED (GENERAL)

Creditor Name: Kaiser Foundation  
    File 50016  
    Los Angeles, CA  90074

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 10  
Class: UNSECURED (GENERAL)

Creditor Name: Kaiser Health Care  
    C/O Uscb America  
    3333 Wilshire Blvd., Suite 720  
    Los Angeles, CA  90010

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 11  
Class: UNSECURED (GENERAL)

Creditor Name: Lizette R Saenz  
    306 Weymouth  
    Hercules, CA  94547

Court Claim Number: 1  
Date Clam Filed: 02/10/2016  
Claim Amount: $8,150.00

Trustee ID: 13  
Class: UNSECURED (GENERAL)

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

# ATTACHMENT TO NOTICE OF FILED CLAIMS

**Creditor Name: Sun Pacific Federal Credit Union**
    1221 Nevin Avenue
    Richmond, CA  94801

| | |
|---|---|
| **Trustee ID: 14** | **Court Claim Number:** |
| **Class: UNSECURED (GENERAL)** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Uscb America**
    3333 Wilshire Blvd., Suite 720
    Los Angeles, CA  90010

| | |
|---|---|
| **Trustee ID: 15** | **Court Claim Number:** |
| **Class: UNSECURED (GENERAL)** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Western Dental Healthcare**
    C/O Receivables Performance
    20816 44Th Avenue West
    Lynnwood, WA  98036

| | |
|---|---|
| **Trustee ID: 16** | **Court Claim Number:** |
| **Class: PRIORITY** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Franchise Tax Board**
    Po Box 2952
    Sacramento, CA  958122952

| | |
|---|---|
| **Trustee ID: 17** | **Court Claim Number:** |
| **Class: PRIORITY** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: United States Treasury**
    Po Box 7346
    Philadelphia, PA  191017346

| | |
|---|---|
| **Trustee ID: 18** | **Court Claim Number:** |
| **Class: UNSECURED (GENERAL)** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Sun Pacific Federal Credit Union**
    1221 Nevin Avenue
    Richmond, CA  94801

| | |
|---|---|
| **Trustee ID: 19** | **Court Claim Number: 2** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 04/07/2016** |
| | **Claim Amount: $13,811.75** |

**Creditor Name: Sun Pacific Fcu**
    Po Box 4043
    Richmond, CA  948040043

| | |
|---|---|
| **Trustee ID: 20** | **Court Claim Number:** |
| **Class: UNSECURED (GENERAL)** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: At&T**
    C/O Enhanced Recovery Company
    Po Box 57547
    Jacksonville, FL  32241

# ATTACHMENT TO NOTICE OF FILED CLAIMS

**Trustee ID:** 21
**Class:** UNSECURED (GENERAL)

**Creditor Name:** Kaiser Health Care
    C/O Uscb America
    3333 Wilshire Blvd., Suite 720
    Los Angeles, CA  90010

**Court Claim Number:**
**Date Claim Filed:** NO CLAIM FILED
**Claim Amount:** $0.00

**Trustee ID:** 0
**Class:** DEBTOR REFUND

**Creditor Name:** Alma Rosa Robles
    875 - 34Th Street
    Richmond, CA  94805

**Court Claim Number:**
**Date Claim Filed:** NO CLAIM FILED
**Claim Amount:** $0.00